UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
19-CR-60103-MOORE

UNITED STATES OF AMERICA,

   Plaintiff

vs.

ANTONIO MARCEL PHILMORE,

   Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Antonio Marcel Philmore (ECF No. 53).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 54). At the hearing, Government counsel reported that a superseding petition would presented imminently, adding an alleged violation. A subsequent status conference was accordingly set to ascertain the need for setting an evidentiary hearing.

At a hearing conducted on August 25, 2023, defense counsel represented that Defendant Philmore would admit the violations alleged in the Superseding Petition (ECF No. 57). Accordingly, no evidentiary hearing is warranted for the purpose of determining probable cause.

Upon consideration of the Petition, and with the benefit of the status conference, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept

Defendant's admission of guilt of the Supervised Release Violation Nos. 1 through 4 as charged in the Petition.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 25th day of August, 2023.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record